# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MORGADES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PIONEER CREDIT RECOVERY INC., et al.,<br><br>Defendants. | NO. CV 17-2605 FMO (FFMx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On April 25, 2017, the court issued an Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). (See Dkt. 9, Court's Order of April 25, 2017).

In plaintiff's Reply of Non-Opposition on Order to Show Cause re: Subject Matter Jurisdiction (Dkt. 10), plaintiff states that it "has not been able to confirm" whether "the range of damages . . . meets the jurisdictional requirement," (id. at 2), and "does not oppose the Court's finding that there is a valid question of subject matter jurisdiction relating to the amount in controversy requirement" under CAFA. (Id. at 1). Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of subject matter jurisdiction.

Dated this 8th day of May, 2017.

                                                                               /s/
                                            Fernando M. Olguin
                                     United States District Judge