JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

OMAR MORGADES, individually and on
behalf of all others similarly situated,

              Plaintiffs,

       v.

PIONEER CREDIT RECOVERY INC., <u>et</u>
<u>al.</u>,

              Defendants.

NO. CV 17-2605 FMO (FFMx)

**JUDGMENT**

      IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 8th day of May, 2017.

                       /s/
                    Fernando M. Olguin
              United States District Judge